## UNITED STATES *versus* SPENCER MUNDAY

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Arraignment, plea, indictment quashed, recognizance *p. 373; (2) recognizance forfeited *p. 439.
PAPERS IN FILE: (1) Indictment.

*Note:* The defendant was charged with the murder of Mary Munday at Green Bay in Brown County.

## ADNA MERRITT *versus* BECKLEY ROWLEY

JOURNAL ENTRIES (1822–25): *Journal 3:* (1) Rule for peremptory mandamus *p. 274; (2) motion for supersedeas *p. 386. *Journal 4:* (3) Motion for supersedeas overruled, rule to strike case from docket MS p. 28.
PAPERS IN FILE: (1) Precipe for peremptory mandamus.
*1822–23 Calendar*, MS p. 95.

## PHINEAS FISK *versus* HUBERT LACROIX

JOURNAL ENTRIES (1822–25): *Journal 3:* (1) Exception to bail withdrawn *p. 379. *Journal 4:* (2) Rule for judgment of nonsuit MS p. 7.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) recognizance; (4) declaration and bill of particulars.
*1822–23 Calendar*, MS p. 72. Recorded in *Book B*, MS pp. 462–64.